# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CAROL SHINBERGER, | ) |
| | ) |
| vs. | ) Case No. 06-3371-CV-S-JCE-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's motion for judgment on the pleadings is granted. It is further
ORDERED that, pursuant to 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for the calculation and award of benefits.

November 30, 2007                     PATRICIA L. BRUNE, CLERK

Entered on: November 30, 2007          /s/ Glenda Elayer
                                       (By) Deputy Clerk